NOT FOR PUBLICATION

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Victor Hidalgo, | No. CV-24-03668-PHX-SRB (JFM) |
| Petitioner, | **ORDER** |
| v. | |
| Jason Gunther. | |
| Respondents. | |

Petitioner filed his Petition for Writ of Habeas Corpus pursuant to 28 U.S.C. § 2241 on December 23, 2024 raising two grounds for relief. Petitioner asserts that Respondent has violated the First Step Act (FSA) by: (1) failing to properly apply his Earned Time Credits (ETCs) and (2) failing to award him ETCs from the date his sentence was imposed. On screening the Court dismissed Ground 1 as without merit, and directed a response to Ground 2. Respondent filed his Response to Petitioner's Petition for Writ of Habeas Corpus on March 10, 2025. Petitioner filed a reply on April 14, 2025. On June 11, 2025, the Magistrate Judge issued his Report and Recommendation recommending that the petition be dismissed without prejudice as unripe or, alternatively denied.

In his Report and Recommendation the Magistrate Judge advised the parties that they had fourteen days from the date of service of a copy of the Report and Recommendation within which to file specific written objections with the Court. The time to file such objections has expired and no objections to the Report and Recommendation have been filed.

The Court finds itself in agreement with the Report and Recommendation of the Magistrate Judge.

1	**IT IS ORDERED** adopting the Report and Recommendation of the Magistrate
2	Judge as the order of this Court. (Doc. 13)
3	**IT IS FURTHER ORDERED** dismissing the Petition for Writ of Habeas Corpus
4	without prejudice as unripe. (Doc. 1)
5	**IT IS FURTHER ORDERED** denying a Certificate of Appealability because the
6	denial of the Petition is justified by a plain procedural bar and jurists of reason would not
7	find the procedural ruling debatable.
8	**IT IS FURTHER ORDERED** directing the Clerk to enter judgment accordingly.

10	Dated this 14th day of July, 2025.

_____
Susan R. Bolton
United States District Judge